UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES JULIAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On August 4, 2010, I set a status conference in the above captioned case for Thursday, August 5, 2010 at 3:00 p.m. in courtroom A-1002. Accordingly, **Defendant and Defendant's former attorney, Eric Fenster, are ordered to appear at the status conference.** The Clerk's Office is directed to serve both the Defendant and Mr. Fenster with this Order.

    Dated: August 5, 2010