UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES JULIAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the hearing on the Second Motion to Withdraw as Counsel for Defendant Pursuant to D.C.COLO.LCrR 57.5(D) (ECF No. 21), filed August 26, 2010, set for **Tuesday, September 7, 2010 at 11:00 a.m. in courtroom A-1002** is **RESET** for **Tuesday, September 7, 2010 at 2:30 p.m.**

    Dated: September 3, 2010.