UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES JULIAN,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's Second Motion to Withdraw As Counsel Pursuant to D.C.COLO.LCrR 57.5 (D) (ECF No. 21), filed August 26, 2010. On September 7, 2010, I held a hearing on the pending motion. For reasons stated on the record at the September 7, 2010 hearing, I find that the motion should be granted and Attorney Eric Fenster is permitted to withdraw as counsel for the Defendant. In accordance therewith, it is

ORDERED that Defendant's Second Motion to Withdraw As Counsel Pursuant to D.C.COLO.LCrR 57.5 (D) (ECF No. 21) is **GRANTED.** Attorney Eric Fenster is permitted to withdraw as counsel for the Defendant. It is

FURTHER ORDERED that the parties shall submit a joint status report to the Court not later than **Friday, September 17, 2010** indicating whether new defense counsel has been retained. Should Defendant retain new counsel, such counsel shall immediately enter his or her appearance in this matter. The AUSA is ordered to met

and confer with new counsel and contact the Court for a future status conference date. Should the Defendant fail to retain new counsel, the parties are ordered to immediately contact the Court in order to set a forthwith status conference where the Defendant will be advised on *pro se* representation.

Dated: September 13, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge