UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES JULIAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On September 24, 2010, Defendant notified the Court that he is unable to retain private defense counsel. He also indicated that he wishes to proceed *pro se* at this time. Accordingly, a status conference is set for **Thursday, September 30, 2010 at 9:30 a.m.** in order to discuss the status of this case and advise the Defendant on *pro se* representation.

    Dated: September 27, 2010