UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES JULIAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the status conference set for Thursday, September 30, 2010 at 9:30 a.m. in order to discuss the status of this case and advise the Defendant on *pro se* representation is **VACATED and RESET to Wednesday, October 6, 2010 at 10:00 a.m.**

    Dated: September 29, 2010