UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00319-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  CHARLES JULIAN,

 Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A status conference is set for **Tuesday, November 16, 2010 at 9:30 a.m.**

 Dated:  November 8, 2010